JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN MURRY, on his own behalf and all similarly situated individuals,<br><br>    Plaintiff,<br>  v.<br><br>SP PLUS CORPORATION, and DOES 1 to 100,<br><br>    Defendants. | NO. 2:24-cv-00033-SB-AJR<br><br>ORDER GRANTING STIPULATION TO REMAND |

Based on the parties' stipulation, the matter is remanded to Los Angeles Superior Court, case number 23STCV28978. The parties will also abide by the order compelling arbitration and staying the remanded case (Dkt. No. 26). Once the arbitration of Plaintiff's individual Labor Code claims is resolved, the PAGA claims (both individual and non-individual) can proceed in Los Angeles Superior Court.

IT IS SO ORDERED.

Date:  March 15, 2024

_____

Hon. Stanley Blumenfeld, Jr.

-1-
ORDER TO REMAND